**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ALANDER CRAPPS,**

   *Plaintiff*,

v.                                        CASE NO.:  4:20cv21-MW/HTC

**LT. JACOBS, et al.,**

   *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 13.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to prosecute, failure to comply with Court orders, and failure to disclose prior litigation."  The Clerk shall also close the file.

**SO ORDERED on May 26, 2020.**

                                        *s/Mark E. Walker*          
                                        **Chief United States District Judge**